IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAMES ROWE AND | § | |
| CARRIE LEE ROWE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-2-64 |
| | § | |
| HARTFORD LLOYD'S | § | |
| INSURANCE COMPANY | § | "JURY" |

## PLAINTIFFS' DEMAND FOR JURY TRIAL

Plaintiffs James and Carrie Lee Rowe, assert their rights under the Seventh Amendment to the U.S. Constitution and demand a trail by jury on all issues, in accordance with Federal Rule of Civil Procedure 38.

Respectfully submitted,

**Law Office of Reynaldo Ortiz, P.C.**
1109 West Nolana, Suite 204
McAllen, Texas 78504
Tel: (956) 687-4567
Fax: (956) 631-1384

REYNALDO ORTIZ
State Bar No. 15324275
GINA KARAM MILLIN
State Bar No. 24011072
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been sent by mail and facsimile to all counsel of record on the 8th day of April, 2002, as follows:

*Facsimile (361) 882-9437*
Mr. F. Edward Barker
Barker, Leon, Fancher & Matthys, L.L.P.
Tower II -- Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478

*Facsimile (956) 440-1235*
Mr. David E. Kithcart
Roundtree & Kithcart, L.L.P.
222 East Van Buren, Suite 101
P.O. Box 2447
Harlingen, Texas 78551-2447

GINA K. MILLIN