IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JAMES ROWE AND | § | |
| CARRIE LEE ROWE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-2-64 |
| | § | |
| HARTFORD LLOYD'S | § | |
| INSURANCE COMPANY | § | "JURY" |

## NOTICE OF ENTITIES WITH A FINANCIAL INTEREST IN THIS LITIGATION

TO THE HONORABLE JUDGE OF THIS COURT:

PLAINTIFFS, James and Carrie Lee Rowe, files this, their list of entities that are financially interested in this litigation:

1. Plaintiffs:

    James Rowe
    Carrie Lee Rowe

2. Plaintiffs' Attorneys:

    Mr. Reynaldo Ortiz
    Mrs. Gina Karam Millin
    Law Office of Reynaldo Ortiz, P.C.
    1109 West Nolana, Suite 204
    McAllen, Texas 78504

    Mr. David E. Kithcart
    Roundtree & Kithcart, L.L.P.
    222 East Van Buren, Suite 101
    P.O. Box 2447
    Harlingen, Texas 78551-2447

3. Defendant:

    Hartford Lloyd's Insurance Company

4.  Defendant's Attorneys:

   Mr. F. Edward Barker
   Barker, Leon, Fancher & Matthys, L.L.P.
   Tower II -- Suite 1200
   555 N. Carancahua St.
   Corpus Christi, Texas 78478

   Respectfully submitted,

   **Law Office of Reynaldo Ortiz, P.C.**
   1109 West Nolana, Suite 204
   McAllen, Texas 78504
   Tel: (956) 687-4567
   Fax: (956) 631-1384

   _____
   REYNALDO ORTIZ
   State Bar No. 1532475
   GINA KARAM MILLIN
   State Bar No. 24011072
   Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above and foregoing instrument has been sent by mail to all counsel of record on the 9th day of April, 2002, as follows:

Mr. F. Edward Barker
Barker, Leon, Fancher & Matthys, L.L.P.
Tower II -- Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478

Mr. David E. Kithcart
Roundtree & Kithcart, L.L.P.
222 East Van Buren, Suite 101
P.O. Box 2447
Harlingen, Texas 78551-2447

_____
GINA K. MILLIN