IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JAMES ROWE AND | § | |
| CARRIE LEE ROWE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-2-64 |
| | § | |
| HARTFORD LLOYD'S | § | |
| INSURANCE COMPANY | § | "JURY" |

### DESIGNATION OF REY ORTIZ AS ATTORNEY-IN-CHARGE

TO THE HONORABLE JUDGE OF THIS COURT:

PLAINTIFFS, James and Carrie Lee Rowe, designate REY ORTIZ as attorney-in-charge, pursuant to Local Rule 2.

2. Rey Ortiz will be responsible for the suit and shall be the attorney to receive all communications from the Court and from other parties.

3. Notice of this designation has been provided to all other parties, pursuant to Federal Rule of Civil Procedure 5(d).

Respectfully submitted,

**Law Office of Reynaldo Ortiz, P.C.**
1109 West Nolana, Suite 204
McAllen, Texas 78504
Tel: (956) 687-4567
Fax: (956) 631-1384

_____
REYNALDO ORTIZ
State Bar No. 15324275
GINA KARAM MILLIN
State Bar No. 24011072
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the above and foregoing instrument has been sent by mail to all counsel of record on the 9th day of April, 2002, as follows:

Mr. F. Edward Barker
Barker, Leon, Fancher & Matthys, L.L.P.
Tower II -- Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478

Mr. David E. Kithcart
Roundtree & Kithcart, L.L.P.
222 East Van Buren, Suite 101
P.O. Box 2447
Harlingen, Texas 78551-2447

_____
GINA K. MILLIN