United States District Court
Southern District of Texas
FILED

MAY 1 0 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAMES ROWE AND CARRIE LEE ROWE | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-64 |
| HARTFORD LLOYD'S INSURANCE COMPANY | § § § | "JURY" |

**DEFENDANT HARTFORD LLOYD'S INSURANCE COMPANY'S
CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant, Hartford Lloyd's Insurance Company, and files this its Certificate of Financially Interested Parties:

The following persons or entities have an interest in this matter:

1) HARTFORD LLOYD'S INSURANCE COMPANY
   Mr. F. Edward Barker
   BARKER, LEON, FANCHER & MATTHYS, L.L.P.
   Federal I.D. No. 970
   State Bar No.: 01741000
   Tower II - Suite 1200
   555 N. Carancahua St.
   Corpus Christi, Texas 78478

2) Robert S. Brooks who is and was at the commencement of this action domiciled in and a citizen of the State of Connecticut.

3) James R. Garrett, who is and was at the commencement of this action domiciled in and a citizen of the State of Connecticut.

4) Michael H. Hughes, who is and was at the commencement of this action domiciled in and a citizen of the State of Connecticut.

5) Donald J. LaValley, who is and was at the commencement of this action domiciled in and a citizen of the State of Massachusetts.

6) William B. Maclchodi, who is and was at the commencement of this action domiciled in and a citizen of the State of Connecticut.

7) Charles M. O'Halloran, who is and was at the commencement of this action domiciled in and a citizen of the State of Connecticut.

8) David R. Robb, who is and was at the commencement of this action domiciled in and a citizen of the State of Connecticut.

9) Patrick J. Salve, who is and was at the commencement of this action domiciled in and a citizen of the State of Connecticut.

10) Leonard C. Smith, who is and was at the commencement of this action domiciled in and a citizen of the State of Connecticut.

11) Lowndesa A. Smith, who is and was at the commencement of this action domiciled in and a citizen of the State of Connecticut.

12) Michael S. Wilder, who is and was at the commencement of this action domiciled in and a citizen of the State of Connecticut.

13) Paul R. Zimmerman, who is and was at the commencement of this action domiciled in and a citizen of the State of Connecticut.

14) James Rowe, Plaintiff.

15) Carrie Lee Rowe, Plaintiff.

16) Mr. Reynaldo Ortiz
LAW OFFICE OF REYNALDO ORTIZ, P.C.
1109 W. Nolana, Suite 204
McAllen, Texas 78504

17) Mr. David E. Kithcart
ROUNDTREE & KITHCART, L.L.P.
222 East Van Buren, Suite 101
P.O. Box 2447
Harlingen, Texas 78551-2447

Respectfully submitted,

*[signature]*

F. Edward Barker
State Bar No. 01741000
Federal I.D. No. 970
Attorney-in-Charge for Defendant
Hartford Lloyd's Insurance Company
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
(361) 881-9217; FAX: (361) 882-6590

OF COUNSEL:
BARKER, LEON, FANCHER & MATTHYS, L.L.P.

## CERTIFICATE OF SERVICE

I, F. Edward Barker, certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record, in the manner set forth below, on this the 9th day of May, 2002.

**Via Certified Mail/RRR No. 7001 1940 0005 0592 8216**
Mr. Reynaldo Ortiz
LAW OFFICE OF REYNALDO ORTIZ, P.C.
1109 W. Nolana, Suite 204
McAllen, Texas 78504

**Via Certified Mail/RRR No. 7001 1940 0004 0592 8209**
Mr. David E. Kithcart
ROUNDTREE & KITHCART, L.L.P.
222 East Van Buren, Suite 101
P.O. Box 2447
Harlingen, Texas 78551-2447

*[signature]*

F. Edward Barker