United States District Court
Southern District of Texas
FILED

MAY 21 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAMES ROWE AND | § | |
| CARRIE LEE ROWE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-2-64 |
| | § | |
| HARTFORD LLOYD'S | § | |
| INSURANCE COMPANY | § | "JURY" |

### PLAINTIFFS' UNOPPOSED MOTION TO COMPEL MEDIATION

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW, James Rowe and Carrie Lee Rowe, PLAINTIFFS in this suit, and ask the Court to grant this, their Motion to Compel Mediation, and for cause would show as follows:

1.   Plaintiffs are James Rowe and Carrie Lee Rowe.  Defendant is Hartford Lloyd's Insurance Company.

2.   Plaintiffs filed a petition in this cause on February 22, 2002 against Defendant for breach of contract, breach of the duty of good faith and fair dealing, breach of Articles 21.21 and 21.55 of the Texas Insurance Code and breach of the Texas Deceptive Trade Practices-Consumer Protection Act ("DTPA") in connection with a homeowner's insurance policy sold by Defendant and Defendant's refusal to adhere to the terms of the policy.  Defendant filed its original answer in this case on March 22, 2002.  The amount of economic damages claimed by Plaintiffs is more than $15,000.

3.   Under Section 17.5051 of the DTPA, Plaintiffs may, not later than the 90th day after the service of a petition seeking relief under the DTPA, file a motion to compel mediation of the dispute.  Under that section, the Court shall, not later than the 30th day after the date the

motion is filed, sign an order setting the time and place of the mediation. The parties must then hold a mediation within 30 days after the date the order is signed, unless otherwise agreed. TEX. BUS. & COM. CODE § 17.5051(d).

4.　　Because Plaintiffs have filed suit under the DTPA, and because all requirements under § 17.5051 have been met, Plaintiffs ask the Court to order that this case be mediated within 30 days of the date the order is signed.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the Court order the parties in this case to mediate it within 30 days of the date that the order is signed. Plaintiffs further pray for any additional relief to which they are entitled.

Respectfully Submitted,

_____
REYNALDO ORTIZ
State Bar No. 15324275
Federal ID No. 3767
1109 West Nolana, Suite 204
McAllen, Texas 78504
Tel: (956) 687-4567
Fax: (956) 631-1384

OF COUNSEL:

**Law Office of Reynaldo Ortiz, P.C.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been sent by mail to all counsel of record on the 20th day of May, 2002, as follows:

Mr. F. Edward Barker
Barker, Leon, Fancher & Matthys, L.L.P.
Tower II -- Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478

Mr. David E. Kithcart
Roundtree & Kithcart, L.L.P.
222 East Van Buren, Suite 101
P.O. Box 2447
Harlingen, Texas 78551-2447

_____
REYNALDO ORTIZ

## CERTIFICATE OF CONFERENCE

I certify that on May 20, 2002, I conferred with all counsel in this case, and they are unopposed to this Motion to Compel Mediation.

_____
REYNALDO ORTIZ

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAMES ROWE AND | § | |
| CARRIE LEE ROWE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-2-64 |
| | § | |
| HARTFORD LLOYD'S | § | |
| INSURANCE COMPANY | § | "JURY" |

## ORDER SETTING HEARING ON PLAINTIFFS' MOTION TO COMPEL MEDIATION

Plaintiffs' Unopposed Motion to Compel Mediation has been filed with the Court and is set for hearing on the _____ day of _____, at _____ _.m.

SIGNED on the _____ day of _____, 2002.

_____
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAMES ROWE AND | § | |
| CARRIE LEE ROWE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-2-64 |
| | § | |
| HARTFORD LLOYD'S | § | |
| INSURANCE COMPANY | § | **"JURY"** |

## ORDER COMPELLING MEDIATION

On this the _____ day of _____, 2002, the Court considered the Plaintiffs' Unopposed Motion to Compel Mediation. After consideration of the Motion, the Court GRANTS the Motion and ORDERS that, in accordance with TEX. BUS. & COM. CODE § 17.5051, this case be mediated within thirty (30) days of the date the Court signs this order.

SIGNED on the ____ day of _____, 2002.

_____
U.S. DISTRICT JUDGE