IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 23 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JAMES ROWE AND | § | |
| CARRIE LEE ROWE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-2-64 |
| | § | |
| HARTFORD LLOYD'S | § | |
| INSURANCE COMPANY | § | "JURY" |

### ORDER COMPELLING MEDIATION

On this the _22_ day of _May_____, 2002, the Court considered the Plaintiffs' Unopposed Motion to Compel Mediation. After consideration of the Motion, the Court GRANTS the Motion and ORDERS that, in accordance with TEX. BUS. & COM. CODE § 17.5051, this case be mediated within thirty (30) days of the date the Court signs this order.

SIGNED on the _22_ day of _May_____, 2002.

_____
U.S. DISTRICT JUDGE