IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JAMES ROWE AND CARRIE LEE ROWE | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-64 |
| HARTFORD LLOYD'S INSURANCE COMPANY | § § § | "JURY" |

## RESPONSE TO PLAINTIFFS' MOTION TO COMPEL MEDIATION

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the Defendant, Hartford Lloyd's Insurance Company, and responds to the Plaintiffs' Motion to Compel Mediation and for such would show unto the court as follows:

I.

Plaintiffs have filed an instrument entitled "Plaintiffs' Unopposed Motion to Compel Mediation". Defendant is in the process of preparing a Plea in Abatement and a Motion for Referral of this cause to the appraisal/arbitration process required by the insurance contract between the parties. Plaintiffs have been orally advised that Defendant intends to seek an appraisal/arbitration and **only if** the appraisal/arbitration procedure is [for whatever reason] ineffective, does this Defendant **then** not oppose a mediation. This Defendant opposes mediation prior to the completion of the contractually mandated appraisal process.

WHEREFORE, PREMISES CONSIDERED, Defendant will seek first its entitlement to the appraisal process as set forth in the insurance contract between the parties hereto and **only** failing that would be unopposed to a mediation.

WHEREFORE, PREMISES CONSIDERED, Defendant prays the court **not** enter an order compelling mediation **at this time,** but refrain from doing so pending the filing of Defendant's Plea in Abatement and Referral to the appraisal process.

Respectfully submitted,

F. Edward Barker
State Bar No. 01741000
Federal I.D. No. 970
Attorney-in-Charge for Defendant
Hartford Lloyd's Insurance Company
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
(361) 881-9217; FAX: (361) 882-6590

OF COUNSEL:
BARKER, LEON, FANCHER & MATTHYS, L.L.P.

## CERTIFICATE OF SERVICE

I, F. Edward Barker, certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record, in the manner set forth below, on this the 23rd day of May, 2002.

**Via Certified Mail/RRR No. 7001 1940 0005 0834 1197**
Mr. Reynaldo Ortiz
LAW OFFICE OF REYNALDO ORTIZ, P.C.
1109 W. Nolana, Suite 204
McAllen, Texas 78504

**Via Certified Mail/RRR No. 7001 1940 0005 0823 7186**
Mr. David E. Kithcart
ROUNDTREE & KITHCART, L.L.P.
222 East Van Buren, Suite 101
P.O. Box 2447
Harlingen, Texas 78551-2447

F. Edward Barker

## CERTIFICATE OF CONFERENCE

At 2:50 p.m. on Thursday, may 23, 2002, the undersigned attempted to confer with Plaintiffs' counsel as to whether or not Plaintiffs' counsel would oppose or not the Defendant's Plea in Abatement and Motion to Refer this cause to the appraisal process as authorized by the insurance contract between the parties. All of Plaintiffs' counsel were reported to be out of their offices until Tuesday, May 28, 2002. Contact was therefore attempted but unsuccessful. It is likely that Plaintiffs would oppose Defendant's Plea in Abatement and Motion to Refer this cause to binding appraisal.

F. Edward Barker