United States District Court
Southern District of Texas
ENTERED

MAY 2 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

James Rowe, et ux                    §
                                     §
versus                               §    CIVIL ACTION NO. _B:02-64_
                                     §
Hartford Lloyds Ins. Co.             §
                                     §

## ORDER STRIKING DOCUMENT

The Clerk has filed your _Defts Plea in Abatement_ _& motion to Refer (#10)_; however, it is deficient as checked.  (L.R. refers to the Local Rule of this District).

1.  ☐  Document is not signed (L.R. 11.3).

2.  ☐  Document does not comply with L.R.11.3.A.

3.  ☐  Caption of the document is incomplete (L.R.10.1).

4.  ☐  No certificate of service or explanation why service is not required (L.R. 5.4).

5.  ☑  Motion does not comply with L.R.7.

    a.  ☐  No statement of opposition or non-opposition (L.R.7.2).

    b.  ☐  No statement of conference between counsel (L.R. 7.1.D(1)).

    c.  ☑  No separate proposed order attached (L.R. 7.1.C).

6.  ☐  Motion to consolidate does not comply with L.R.7.6.

7.  ☐  Document does not comply with L.R. 83.2.

8.  ☑  Other: _Copies were not provided (LR 5.2)_

The document is stricken from the record.

Date: _5/29/02_

_Hilda Tagle_
UNITED STATES DISTRICT JUDGE