IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JAMES ROWE AND<br>CARRIE LEE ROWE | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-2-64 |
| HARTFORD LLOYD'S<br>INSURANCE COMPANY | §<br>§ | "JURY" |

### CERTIFICATE OF WRITTEN DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

In compliance with the Federal Rules of Civil Procedure, **Plaintiffs, James Rowe and Carrie Lee Rowe** served the following discovery:

1. Plaintiffs' First Set of Interrogatories and requests for Production to Defendant.

This discovery, along with a copy of this Certificate of Written Discovery, was served on the party listed below by the means of service designated as follows on June 7, 2002.

> via regular mail
> F. Edward Barker
> Barker, Leon, Fancher & Matthys, L.L.P.
> Tower II-Suite 1200
> 555 N. Carancahua Street
> Corpus Christi, Texas 78478

Respectfully submitted,

_____
REYNALDO ORTIZ
State Bar No. 15324275
Federal ID No. 3767
1109 West Nolana, Suite 204
McAllen, Texas 78504
Tel: (956) 687-4567
Fax: (956) 631-1384

OF COUNSEL:

**Law Office of Reynaldo Ortiz, P.C.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to the following via regular U.S. mail on this 7th of June, 2002.

F. Edward Barker
Barker, Leon, Fancher & Matthys, L.L.P.
Tower II-Suite 1200
555 N. Carancahua Street
Corpus Christi, Texas 78478

_____
Reynaldo Ortiz