UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
## ADR MEMORANDUM TO CLERK OF COURT
(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

United States District Court
Southern District of Texas
FILED

JUN 17 2002

Michael N. Milby
Clerk of Court

JAMES ROWE AND CARRIE LEE ROWE
                        Plaintiff(s)

V.

HARTFORD LLOYD'S INS. COMPANY
                        Defendant(s)

DIVISION   BROWNSVILLE
CIVIL ACTION NO. B-02-64

**ADR METHOD:**   Mediation __X__   Arbitration ____
                      Mini-trial ____   Summary Jury Trial ____

**TYPE OF CASE:** Mold Claim

1. Please check one of the following:
   The case referred to ADR settled __✓__ did not settle ____

2. My total fee and expenses were: $ 1,750.00.
   (If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

   James Rowe and Carrie Lee Rowe, Plaintiffs
   Mr. Reynaldo Ortiz, Attorney
   LAW OFFICES OF REYNALDO ORTIZ, P.C.
   1109 W. Nolana, Ste. 204
   McAllen, Texas 78504
   (956) 383-0742 - telephone
   (956) 383-1129 - telefax

   Hartford Lloyd's Ins. Co., Defendants
   Mr. F. Edward Barker, Attorney
   BARKER, LEON, FANCHER & MATTHYS, L.L.P.
   555 N. Carancahua St.
   Corpus Christi, Texas 78478
   (361) 881-9217 - telephone
   (361) 882-6590 - telefax

                                              ADR PROVIDER

Date: 06/14/02   Name: Alfred T. Denham
                                Signature: *[signature]*

SDTX-ADR-5/(Rev. 6-15-93)