IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Rowe, et al., | § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION B-02-64 |
| Hartford Lloyds Insurance | § § § § | |
| Defendant. | § | |

### Final Order of Dismissal

BE IT REMEMBERED that on July ___15___, 2002, the Court, having been advised by the mediator in this case that a settlement has been reached [Dkt. No. 14], **DISMISSED** this case with prejudice. All Parties shall bear their own costs. The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this ___15___ day of July, 2002.

_____
Hilda G. Tagle
United States District Judge